UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DERRICK L. EATMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　Defendants. | No. CV 14-8940-VAP (PLA)<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S SECOND REPORT AND RECOMMENDATION** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, all the records and files herein, and the magistrate judge's second report and recommendation.  The Court accepts the recommendations of the magistrate judge.

　　　　ACCORDINGLY, IT IS ORDERED:

　　　　1.　　The second report and recommendation is accepted.

　　　　2.　　Judgment shall be entered consistent with this order.

　　　　3.　　The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: September 10, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Virginia A. Phillips_
　　　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE