UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| DERRICK L. EATMAN, | ) | No. CV 14-8940-VAP (PLA) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| UNITED STATES OF AMERICA, <u>et</u> <u>al.</u>, | ) | |
| Defendants. | ) | |

Pursuant to the order accepting the magistrate judge's second report and recommendation, IT IS ADJUDGED that this action is dismissed with prejudice for failure to state a claim, failure to prosecute and failure to follow court orders.

DATED: September 10, 2015

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE